1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HEATHER E. JOHNSON,                    No.  2:18-cv-226-EFB

12              Plaintiff,

13        v.                               ORDER

14   NANCY A. BERRYHILL, Acting
     Commissioner of Social Security,
15
                Defendant.
16

17

18         Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*,

19   and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to

20   prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

21   *pauperis* will be granted.  28 U.S.C. § 1915(a).

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Plaintiff's request to proceed in *forma pauperis* is granted.

24         2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in Social

25   Security cases.

26         3.  The Clerk of the Court is further directed to serve a copy of this order on the United

27   States Marshal.

28   /////

                                              1

1     4. Within fourteen days from the date of this order, plaintiff shall submit to the United

2 States Marshal an original and five copies of the completed summons, five copies of the

3 complaint, and five copies of the scheduling order, and *shall file a statement with the court that*

4 *said documents have been submitted to the United States Marshal.*

5     5. The United States Marshal is directed to serve all process without prepayment of costs

6 not later than sixty days from the date of this order. Service of process shall be completed by

7 delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8 for the Eastern District of California, and by sending two copies of the summons, complaint, and

9 scheduling order by registered or certified mail to the Attorney General of the United States at

10 Washington, D.C. *See* Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of

11 the summons, complaint, and scheduling order by registered or certified mail to the

12 Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street,

13 Suite 800, San Francisco, CA 94105-1545. *See* Fed. R. Civ. P. 4(i)(2). *The United States*

14 *Marshal shall thereafter file a statement with the court that said documents have been served.*

15 DATED: February 5, 2018.

16                                        _____

17                               EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28