Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEATHER E. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:18-cv-00226-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a motion for summary judgment;

WHEREAS, the parties initiated discussion as to unreadable records and for extension of time for filing a motion for summary judgment thereafter due to the filing deadline of January 22, 2019; and,

WHEREAS, an additional extension of 14 days is appropriate to file Plaintiff's motion for summary judgment until February 5, 2019 is required and is not requested for an improper purpose. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

1

Stipulation and Order

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of time for Plaintiff to draft and file her motion for summary judgment in this action. The revised due date for the filing of the motion for summary judgment is February 5, 2019. This is the Plaintiff's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>MARCELO N. ILLARMO<br>Special Assistant United States Attorney |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Marcelo N. Illarmo<br>Marcelo N. Illarmo<br>Special Assistant United States Attorney and Attorney for the Defendant (per phone authorization) |

**SO ORDERED:**

DATE:   January 29, 2019

EDMUND F. BRENNAN
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

2

Stipulation and Order